**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAMON MANUEL ARIAS PENA,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ, JR., et al.,<br>Respondents. | Case No. 2:26-cv-10618-DTB<br>**J U D G M E N T** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted. Respondents are enjoining and restraining Respondents from arresting, detaining or removing Petitioner Ramon Manuel Arias Pena (A# 070-184-589) unless Respondents comply with due process protections and applicable laws and regulations required to revoke his release under his Order of Supervision, including providing him with adequate written notice and a hearing.

Respondents, their officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with Respondents are permanently enjoined and restrained from: (a) re-arresting or detaining Petitioner

without prior written notice to Petitioner and his counsel, and a pre-deprivation hearing before a neutral arbiter to evaluate whether Petitioner's re-detention is warranted based on flight risk or a danger to the community; and (b) removing Petitioner to a third country unless they adhere to the following procedures:

i. provide Petitioner and his counsel with written notice in a language Petitioner can understand;

ii. provide a meaningful opportunity, and a minimum of ten (10) days, to raise a fear-based claim for protection prior to removal;

iii. if Petitioner demonstrates reasonable fear of removal to the third country, Respondents must move to reopen Petitioner's removal proceedings; and

iv. if Petitioner is not found to have demonstrated a reasonable fear of removal to the third country, Respondents must provide a meaningful opportunity, and a minimum of fifteen (15) days for Petitioner to seek reopening of his immigration proceedings.

DATED: October 2, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE